# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | | |
|---|---|---|
| **CHARLES DUDLEY, et al.**, | : | |
| Plaintiff, | : | |
| v. | : | Civil Action No. 5:00-CV-515-3 |
| **CITY OF MACON, GEORGIA,** | : | |
| Defendant. | : | |
| _____ | : | |
| **JOHN WOOD, et al.**, | : | |
| Plaintiff, | : | |
| v. | : | |
| **CITY OF MACON, et al.**, | : | |
| Defendant. | : | |
| _____ | : | |

## ORDER

On October 14, 2008, Defendant City of Macon filed a Motion to Terminate Consent Decrees and Consent Orders (Doc. 200), in which it requests that the Court terminate all consent decrees and orders currently in force in this case, including the April 9, 1981 Consent Decree, as modified on June 14, 2001, and approved on August 9, 2001; the August 5, 2004 Consent Order; the August 4, 2006 Consent Order, and the September 19, 2006 Consent Order tentatively approved on August 24, 2006. The City contends that the basic purposes of the consent decrees and consent orders have been

achieved and there is no significant likelihood of new violations of federal law once the decrees are lifted.

The Wood Plaintiffs (Doc. 218), Dudley Plaintiffs (Doc. 220), and United States of America (Doc.221) each filed a response to the City's motion on March 26, 2009. The City filed its reply brief on April 9, 2009.  (Doc. 228).

The City has requested a hearing on the Motion, which the Court is in the process of scheduling.  The Court expects that all of the parties will present evidence during the hearing.  In an effort to streamline the proceeding, the parties are hereby ordered to provide the Court with a synopsis of the evidence each proposes to introduce during the hearing.  If any party intends to call witnesses, the Court should be provided with the names of the potential witnesses along with a brief summary of the expected testimony.

The requested information should be provided to the Court on or before June 22, 2009.

**SO ORDERED**, this the 2nd day of June, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh