# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

| | |
|---|---|
| **CHARLES DUDLEY, et al.**, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 5:00-CV-515-3 |
| **CITY OF MACON, GEORGIA,** | : |
| Defendant. | : |
| **JOHN WOOD, et al.,** | : |
| Plaintiff, | : |
| v. | : |
| **CITY OF MACON, et al.,** | : |
| Defendant. | : |

## ORDER

This case is before the Court on Plaintiff United States' Motion to Compel (Doc. 241) and Motion to Postpone Hearing on the City's Motion to Terminate All Decrees and Orders (Doc. 242).

The Motion to Compel (Doc. 241) is **GRANTED**. The City of Macon is ordered to respond to the United States' request for production of documents and produce the requested documents no later than Thursday, August 6, 2009.

The Motion to Postpone Hearing (Doc. 242) is **DENIED**.  The hearing on the City's Motion to Terminate Consent Decrees will be held on August 13, 2009 as previously scheduled.

With the exception of the City responding to the request for production, the parties are not to engage in any additional discovery in this matter until further order from the Court.

**SO ORDERED**, this the 3rd day of August, 2009.

*s/  Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**

mbh