# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# MACON DIVISION

**CHARLES DUDLEY, et al.,**      :
                                 :
    Plaintiff,           :
                                 :
    v.                   :      Civil Action No. 5:00-CV-515-3 (HL)
                                 :
**CITY OF MACON, GEORGIA,**       :
                                 :
    Defendant.           :
_____ :
                                 :
**JOHN WOOD, et al.,**            :
                                 :
    Plaintiff,           :
                                 :
    v.                   :
                                 :
**CITY OF MACON, et al.,**        :
                                 :
    Defendant.           :
_____ :

# ORDER

On August 14, 2009, this Court entered an Order (Doc. 252) granting Defendant City of Macon's Motion to Terminate Consent Decrees and Consent Orders. By virtue of this Order, the April 9, 1981 Consent Decree, as modified on June 14, 2001, and approved on August 9, 2001; the August 5, 2004 Consent Order; the August 4, 2006 Consent Order; and the September 19, 2006 Consent Order tentatively approved on August 24, 2006, were terminated.

Also in that Order, the Court directed the parties to bring any issues remaining in the case to the Court's attention no later than August 21, 2009.  The parties have not brought any issues to the Court's attention to date.  On August 26, 2009, however, the Macon Branch of the NAACP filed an objection to the closing of the case (Doc. 254). To the extent this objection requests any relief, that request is denied.  The Court has made its ruling, and the orders and decrees will remain terminated.

The Clerk of Court is instructed to close this case.  A copy of this Order should be sent to the Macon Branch of the NAACP at P.O. Box 6452, Macon, Georgia  31208.


**SO ORDERED**, this the 27th day of August, 2009.


*s/   Hugh Lawson*
**HUGH LAWSON, SENIOR JUDGE**


mbh

2